

FILED

2:36 pm, 2/6/20

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EIGHTEEN SEVENTY L.P. and MARIE KENNEDY FOUNDATION, | |
| Plaintiffs | |
| vs | Case Number: 19-CV-22-SWS |
| RICHARD JAYSON, | |
| Defendant | |

## JUDGMENT IN A CIVIL ACTION

This action came before the Court pursuant to Defendant Richard Jayson's Motion to Dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). The Court entered an Order Granting Defendant's Motion to Dismiss on February 5, 2020.

IT IS ORDERED, ADJUDGED AND DECREED that this matter is DISMISSED.

Dated this 6th day of February, 2020.

Margaret Botkins
Clerk of Court

By Kim Blonigen
Deputy Clerk